JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRIS HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY F. GEITHNER,<br>Secretary of the Treasury<br><br>    Defendant. | Case No. CV11-01846 ABC (AJWx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Hon. Audrey B. Collins |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

    1.    Plaintiff's action is dismissed with prejudice in its entirety; and

    2.    Each party shall bear their own costs of suit and fees.

DATED: October 9, 2012

*/s/ Audrey B. Collins*

HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE